# IN THE UNITED STATES DISTRICT COURT

- **Southern District of Georgia**
-

- **Rev. Jason Timothy Bolyard,**

- Plaintiff,
- v.
- **IN RE: Declaratory Judgment on Status**
- Civil Action No. _____
-

# COMPLAINT FOR DECLARATORY JUDGMENT

- (28 U.S.C. § 2201; U.S. Const. Amend. I; Religious Freedom Restoration Act; Federal Election Campaign Act)
-

## INTRODUCTION

- Plaintiff, **Rev. Jason Timothy Bolyard**, brings this action pro se under the Declaratory Judgment Act to request this Court's declaration affirming certain undisputed facts regarding his legal residence, his church, his religious home school, his business, his 2028 presidential campaign, and his ministerial status.
- This filing is not a full lawsuit for damages or injunctions. Rather, it is a **limited request for declaratory relief** to establish facts on the record, step by step, as the foundation for later proceedings.
- Plaintiff respectfully asks the Court to recognize these facts now to reduce confusion, prevent relitigating of status in future cases, and protect Plaintiff's constitutional rights.
-

## JURISDICTION AND VENUE

- This Court has jurisdiction under **28 U.S.C. § 1331** (federal question jurisdiction), **28 U.S.C. § 1343** (civil rights), and **28 U.S.C. § 2201** (Declaratory Judgment Act).
- Venue is proper under **28 U.S.C. § 1391**, as Plaintiff resides at **139 Maple Street, Metter, Georgia 30439**, within the Southern District of Georgia.
-

## PARTIES

- Plaintiff: **Rev. Jason Timothy Bolyard**, natural-born citizen of the United States, licensed minister, duly canonized by his church, presidential candidate for the 2028 election, CEO of a Georgia-registered LLC, and resident of Candler County, Georgia.
-

## FACTUAL BACKGROUND

- Plaintiff resides at **139 Maple Street, Metter, GA**, which serves simultaneously and lawfully as:
    - (a) A **church** (*Disciple of Jesus Christ of Nazareth*),
    - (b) A **religious home school** operated under church authority,
    - (c) A **religious school of prophetic study**, emphasizing the Holy Bible, the Book of Revelation, the Great Commission, and the endurance of the saints (Revelation 13),
    - (d) A **campaign headquarters** for Plaintiff's 2028 presidential campaign,
    - (e) A **lawful place of business** (*Disciples Holdings Company, LLC*), and
    - (f) Plaintiff's **personal residence**.
- Plaintiff's **church**, *Disciples of Jesus Christ of Nazareth*, has been issued an **Employer Identification Number (EIN)** by the Internal Revenue Service, confirming its recognition as a lawful religious entity.
- Plaintiff's **business**, *Disciples Holdings Company, LLC*, is an active Georgia limited liability company registered with the Secretary of State and issued a valid EIN by the IRS.
- Plaintiff is a **declared candidate for President of the United States in the 2028 election**, with a valid **FEC Candidate ID** and **FEC Committee ID and** has established his official campaign headquarters at his residence.
- Plaintiff is a duly licensed **minister** with lawful authority to conduct religious services, administer sacraments, establish ministries, and operate religious educational programs.

- 

- ## COUNT I – Declaratory Judgment

- (28 U.S.C. § 2201; First Amendment; RFRA; FECA)
- Plaintiff re-alleges paragraphs 1–11.
- An actual controversy exists because Plaintiff's multiple lawful roles and uses of his residence require judicial recognition to ensure his rights are protected and to establish facts clearly for future legal proceedings.
- Plaintiff seeks a declaration from this Court affirming the following facts:
- (a) Plaintiff is a **valid and recognized 2028 presidential candidate** with the Federal Election Commission, with a registered Candidate ID and Committee ID.
- (b) Plaintiff's residence at **139 Maple Street, Metter, GA** serves as his official **campaign headquarters**, a protected facility under the **Federal Election Campaign Act (52 U.S.C. § 30101 et seq.)**.
- (c) Plaintiff's residence functions as a **church**, protected under the **First Amendment** and **RFRA**.
- (d) Plaintiff's residence functions as a **religious home school and religious school of prophetic study**, protected under the **First Amendment** and **RFRA**.
- (e) Plaintiff's residence serves as the headquarters of *Disciples Holdings Company, LLC*, a lawful business recognized under Georgia law and the IRS.
- (f) Plaintiff's residence is also his **personal residence**, entitled to full constitutional protection.
- (g) Each of these domains — church, religious home school, prophetic school, campaign headquarters, business headquarters, and residence — is a **protected place under the applicable federal and constitutional law**.

- 

- ## COMMENTS TO THE COURT

- Plaintiff emphasizes that this complaint is made in **good faith** and is limited in scope. It does not allege wrongdoing, defamation, or damages at this time.
- The purpose is to **establish these facts now** so that future lawsuits may proceed on a firm foundation without unnecessary relitigating of Plaintiff's legal identity, credentials, or the lawful uses of his residence.

- Plaintiff respectfully requests the Court exercise its authority under 28 U.S.C. § 2201 to grant declaratory relief, which will protect constitutional rights, prevent further confusion, and conserve judicial resources.

- 

## PRAYER FOR RELIEF

- WHEREFORE, Plaintiff respectfully requests that this Court enter a Declaratory Judgment affirming the following:
- That Plaintiff is a duly recognized **2028 presidential candidate** with the Federal Election Commission, with a valid Candidate ID and Committee ID.
- That Plaintiff's residence at **139 Maple Street, Metter, GA** is his official **campaign headquarters**, a protected facility under the FECA.
- That Plaintiff's residence functions as a **church**, a **religious home school**, a **religious school of prophetic study**, a **business headquarters**, and Plaintiff's **personal residence**, each entitled to recognition and constitutional protection.
- That Plaintiff's church, *Disciple of Jesus Christ of Nazareth*, is a lawful religious entity recognized with an IRS EIN.
- That Plaintiff's business, *Disciples Holdings Company, LLC*, is a lawful Georgia LLC recognized with an IRS EIN.
- That Plaintiff is a duly licensed minister with authority to conduct religious services, operate a religious home school, and lead the ministries of his church.
- That each of these domains at Plaintiff's residence shall be recognized as **protected places** under the **First Amendment**, **RFRA**, **FECA**, and other applicable law.
- That the Court grant such other relief as may be just and proper.
- Attached will be some Insite to this complaint for the judge to review

## EXECUTION

- I declare under penalty of perjury under the laws of the United States of America, pursuant to **28 U.S.C. § 1746**, that the foregoing is true and correct.
- Executed this _24__ day of _____8___, 2025.
- 
- Rev. Jason Timothy Bolyard
  Plaintiff, Pro Se
  139 Maple Street
  Metter, GA 30439

JS 44  (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Pro Se

Chandler
Chandler

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❐ 1   U.S. Government
       Plaintiff

❐ 3   Federal Question
       *(U.S. Government Not a Party)*

❐ 2   U.S. Government
       Defendant

❐ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Pla and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DE |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❐ 1 | Incorporated *or* Principal Place of Business In This State | ❐ 4 | ❐ |
| Citizen of Another State | ❐ 2 | ❐ 2 | Incorporated *and* Principal Place of Business In Another State | ❐ 5 | ❐ |
| Citizen or Subject of a Foreign Country | ❐ 3 | ❐ 3 | Foreign Nation | ❐ 6 | ❐ |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❐ 625 Drug Related Seizure of Property 21 USC 881 | ❐ 422 Appeal 28 USC 158 | ❐ 375 False Claims Act |
| ❐ 120 Marine | ❐ 310 Airplane | ❐ 365 Personal Injury - | ❐ 690 Other | ❐ 423 Withdrawal | ❐ 376 Qui Tam (31 USC |
| ❐ 130 Miller Act | ❐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ❐ 140 Negotiable Instrument | Liability | ❐ 367 Health Care/ | | | ❐ 400 State Reapportionment |
| ❐ 150 Recovery of Overpayment | ❐ 320 Assault, Libel & | Pharmaceutical | | | ❐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | **PROPERTY RIGHTS** | ❐ 430 Banks and Banking |
| ❐ 151 Medicare Act | ❐ 330 Federal Employers' | Product Liability | | ❐ 820 Copyrights | ❐ 450 Commerce |
| ❐ 152 Recovery of Defaulted | Liability | ❐ 368 Asbestos Personal | | ❐ 830 Patent | ❐ 460 Deportation |
| Student Loans | ❐ 340 Marine | Injury Product | | ❐ 835 Patent - Abbreviated | ❐ 470 Racketeer Influenced a |
| (Excludes Veterans) | ❐ 345 Marine Product | Liability | | New Drug Application | Corrupt Organizations |
| ❐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | | ❐ 840 Trademark | ❐ 480 Consumer Credit |
| of Veteran's Benefits | ❐ 350 Motor Vehicle | ❐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ❐ 485 Telephone Consumer |
| ❐ 160 Stockholders' Suits | ❐ 355 Motor Vehicle | ❐ 371 Truth in Lending | ❐ 710 Fair Labor Standards | ❐ 861 HIA (1395ff) | Protection Act |
| ❐ 190 Other Contract | Product Liability | ❐ 380 Other Personal | Act | ❐ 862 Black Lung (923) | ❐ 490 Cable/Sat TV |
| ❐ 195 Contract Product Liability | ❐ 360 Other Personal | Property Damage | ❐ 720 Labor/Management | ❐ 863 DIWC/DIWW (405(g)) | ❐ 850 Securities/Commoditie |
| ❐ 196 Franchise | Injury | ❐ 385 Property Damage | Relations | ❐ 864 SSID Title XVI | Exchange |
| | ❐ 362 Personal Injury - | Product Liability | ❐ 740 Railway Labor Act | ❐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| | Medical Malpractice | | ❐ 751 Family and Medical | | ❐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Leave Act | **FEDERAL TAX SUITS** | ❐ 893 Environmental Matters |
| ❐ 210 Land Condemnation | ❐ 440 Other Civil Rights | **Habeas Corpus:** | ❐ 790 Other Labor Litigation | ❐ 870 Taxes (U.S. Plaintiff | ❐ 895 Freedom of Informatio |
| ❐ 220 Foreclosure | ❐ 441 Voting | ❐ 463 Alien Detainee | ❐ 791 Employee Retirement | or Defendant) | Act |
| ❐ 230 Rent Lease & Ejectment | ❐ 442 Employment | ❐ 510 Motions to Vacate | Income Security Act | ❐ 871 IRS—Third Party | ❐ 896 Arbitration |
| ❐ 240 Torts to Land | ❐ 443 Housing/ | Sentence | | 26 USC 7609 | ❐ 899 Administrative Proced |
| ❐ 245 Tort Product Liability | Accommodations | ❐ 530 General | | | Act/Review or Appeal |
| ❐ 290 All Other Real Property | ❐ 445 Amer. w/Disabilities - | ❐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | ❐ 462 Naturalization Application | | ❐ 950 Constitutionality of |
| | ❐ 446 Amer. w/Disabilities - | ❐ 540 Mandamus & Other | ❐ 465 Other Immigration | | State Statutes |
| | Other | ❐ 550 Civil Rights | Actions | | |
| | ❐ 448 Education | ❐ 555 Prison Condition | | | |
| | | ❐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❐ 1  Original
      Proceeding

❐ 2  Removed from
      State Court

❐ 3  Remanded from
      Appellate Court

❐ 4  Reinstated or
      Reopened

❐ 5  Transferred from
      Another District
      *(specify)*

❐ 6  Multidistrict
      Litigation -
      Transfer

❐ 8  Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Declatory Action

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❐  CHECK IF THIS IS A CLASS ACTION
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ❐ Yes   ❐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

# IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

**Rev. Jason Timothy Bolyard,**
 individually and in his capacities as:

- **Presidential Candidate, 2028**
- Pastor of *Disciple of Jesus Christ of Nazareth Church*
- Owner of *Discciples Holdings Company, LLC*
- Head of *Bolyard Campaign Headquarters*
- **Director of *Disciple of Jesus Christ of Nazareth Homeschool***
- Lawful Resident of all 139-maple street Metter ga 30439

**Plaintiff, Pro Se,**

v.

## Declaratory Judgment

Case No.: _____

## PLAINTIFF'S DECLARATION OF CAPTION AND MAILING STYLE EXHIBIT A

(Submitted in Support of Declaratory Judgment)

Plaintiff, Rev. Jason Timothy Bolyard, appearing pro se, respectfully declares and requests the following:

1. Plaintiff appears in this action individually and in his official capacities as **Presidential Candidate for the 2028 Election**, Pastor of *Disciples of Jesus Christ of Nazareth Church*, Owner of *Disciples Holdings Company, LLC*, Head of *Bolyard Campaign Headquarters*, Director of *Disciples of Jesus Christ of Nazareth Homeschool*, and lawful resident of [address].

2. Plaintiff seeks a **Declaratory Judgment** affirming recognition of these capacities and the lawful operation of his property as church, campaign headquarters, homeschool, business, and residence, as more fully stated in the Complaint.

3. Plaintiff further requests that all correspondence, notices, and judgments issued by this Court be addressed in the following mailing style, so that his multiple roles and lawful capacities are properly recognized and preserved for the record:

**Reverend Jason Timothy Bolyard, Presidential Candidate 2028, Bolyard Campaign House, Disciples Holdings Company, LLC, Disciples of Jesus Christ of Nazareth Church, and Disciples of Jesus Christ of Nazareth Homeschool, [address].**

**WHEREFORE, Plaintiff respectfully prays that this Declaration be accepted into the record as part of his Declaratory Judgment action, and that the Court direct the Clerk of Court to utilize the above caption and mailing style in all correspondence and judgments.**

**To the Honorable [Judge's Name]:**

## Re: Declaration of Controversy – Federal Election Crime, Civil Rights Violations, and Ongoing Malicious Acts

Your Honor,

I write to place before the Court a clear declaration of controversy regarding repeated violations of my rights as a **2028 presidential candidate, a licensed minister, a homeschool operator, a lawful business owner, a resident, and the leader of the church known as the Disciples of Jesus Christ of Nazareth.**

## 1. Federal Election Crime Reported

I reported a federal election crime to the National Security Agency (NSA). During my call, the operator laughed at me, and I recorded this interaction. An NSA agent later told me directly, *"You believe you are a candidate and that you are being targeted."* The agent took my phone number and personal information but never called me back. This establishes that the federal government is giving no acknowledgment both of my candidacy and the fact that I am being targeted, because yet no action was taken.

## 2. Ongoing Targeting and Attacks

My campaign headquarters, homeschool, church, and residence have all been subjected to gunfire and other attacks. These incidents have been reported, and I have witnesses to confirm them. Despite this, law enforcement as a while refuses to properly document my reports properly . Despite showing them the evidence of all these facts I have shown them proof that my property is legally registered and used as a **church, campaign headquarters, homeschool, business, and residence.** Their refusal to record the truth constitutes malicious defamation, premeditated discrediting, and concealment of evidence. This is all for a narrative that the law Enforcment on their side to discredit me for future attacks .

## 3. Pattern of Malicious Violation

Each time my campaign property or persons connected to my campaign are attacked or defamed, another federal election crime occurs. Law enforcement's refusal to recognize my lawful status amounts to malicious intent to kill, defame, and destroy evidence by not recording the fscts is the destruction of evidence. These actions by government officials demonstrate premeditated obstruction of justice, malicious suppression of a federal candidate's rights, and ongoing defamation. The report should say in law enforcement that Reverend Jason Timothy Bolyard a 2028 presidential candidate a church leader a business owner and a legal resident and religious home school of this county and or city has reported a campaign house attacks or crimes committed and his church and school but instead the reports state something way way way different. I have reported crime against me and all these residents and entities to law enforcement and asked them to record this and they stopped writing in their notebook when i report what's being attacked and the reports don t reflect what i am reporting. Violating my right sand preparing for future attacks with malicious intent violating to the point of death and hospitalization from being shot or from fire or other harms which i have ready recorded form a doctor.

## 4. Foreknowledge of Crimes and Evidence Provided

I have already lawfully turned in the names of police chiefs, detailed reports of school shootings in advance (naming the exact schools), and evidence identifying elements of the U.S. government and/or law enforcement as culprits or enablers of these crimes. I possess recordings, documentation, and witnesses confirming these facts.

## 5. Present Controversy for the Court

This controversy is not hypothetical. The crimes have already occurred, they are occurring now, and they will continue to occur if left unchecked. Because law enforcement refuses to act, my rights as a **candidate, minister, educator, business owner, church leader, and resident** are being continuously and maliciously violated. Every failure to document these crimes adds another layer of malicious intent and defamation.

## Relief Requested

I respectfully request that the Court declare and preserve these facts for the record under **28 U.S.C. § 2201 (Declaratory Judgment Act)**, so that they may stand as established in my ongoing and forthcoming civil rights, tort, and election cases:

1. That I am a lawful **2028 presidential candidate**, duly recognized.
2. That my property is lawfully used as a **church, campaign headquarters, homeschool, business, and residence.**
3. **That I am a licensed minister and leader if my church and a state recognized clergy**

## Conclusion

Your Honor, I am **placing these facts before the Court now** to prevent further defamation, obstruction, and election interference and harm of any crime and or death or attempted murder. If the Court delays, it will lead to additional attacks, more defamation, and further federal election crimes and attempted murder. These facts must be declared so that, when I pursue my civil rights and tort actions, they will be **undisputed and preserved by this Court's record.**

Respectfully submitted,


Rev. Jason Timothy Bolyard
 Plaintiff, Pro Se

## COMMENTS TO THE COURT REGARDING CONTROVERSY

Federal courts may deny declaratory relief if there is no "actual case or controversy," if the request is purely advisory, or if the matter is already being handled elsewhere. However, in this case, Plaintiff respectfully shows that:

1. Plaintiff is not seeking an advisory opinion. Plaintiff is asking the Court to declare legal statuses that are already established in fact and law, including that his residence functions simultaneously as his church, religious home school, prophetic study program, business, campaign headquarters, and lawful residence; that Plaintiff is a duly licensed minister; and that Plaintiff is a recognized 2028 presidential candidate with the FEC.

2. These statuses affect Plaintiff's **constitutional rights** under the **First Amendment**, **RFRA**, and the **Federal Election Campaign Act**, and therefore constitute an actual case or controversy within this Court's jurisdiction.

3. Plaintiff's rights are being violated daily, because although these are established facts, agencies, law enforcement officers, and others continue to dismiss them with stigmatizing remarks. Plaintiff has recorded statements from officials to the effect of: *"Oh, you believe you are a candidate. Oh, you believe you are a church. Oh, you believe you are a minister. Oh, you believe you are a homeschool. Oh, you believe your house is a campaign house."* Such remarks are designed to disregard Plaintiff's lawful credentials and diminish his standing.

4. Plaintiff has encountered this problem repeatedly in legal and law enforcement contexts. Officials have used these **defamatory and dismissive narratives** to undermine him whenever he reports crimes, creating a pattern of discrediting Plaintiff rather than investigating his reports.

5. Plaintiff has filed multiple **Freedom of Information Act (FOIA) requests** to federal agencies. Plaintiff was **promised paperwork**, has already received **two response letters**, yet the agencies have **passed the statutory deadlines** for production set under FOIA. These delays prevent Plaintiff from obtaining documentation that would further prove his status and claims, while the dismissive narrative against him continues unchecked.

6. Meanwhile, **crimes are being committed against Plaintiff daily.** The refusal to recognize and declare these facts only furthers harm, because agencies and law enforcement continue to ignore or dismiss Plaintiff's legal status when crimes are reported.

7. Even Plaintiff's **religious rights** have been violated on multiple occasions, as law enforcement and agencies have failed to respect the fact that he is a licensed minister, that his residence functions as a lawful church and religious school, and that these statuses are protected under the First Amendment.

8. Plaintiff has provided to this Court the **same laws and facts** that he has already presented to law enforcement officers and government officials. Yet those officials refused to acknowledge or respect his legal rights. Plaintiff now brings the matter formally before this Court to assert his **constitutional rights, religious rights, and human rights** under the law.

9. Plaintiff is not asking this Court to rule now on the conduct of law enforcement or agencies. He is only asking the Court to declare the underlying facts so that they cannot be dismissed in later proceedings.

10. Plaintiff intends to file a broader case in the future regarding how agencies and officials have treated him in violation of his rights. But Plaintiff cannot wait for judgment in a later case to preserve evidence and assert rights that are already under daily attack.

11. Plaintiff respectfully reminds the Court that he was a **tax-paying citizen for 17 years before becoming disabled**, and has only rarely sought the aid of the courts. Plaintiff comes in good faith now, because his rights are being violated daily and he urgently needs the Court's protection now and in the future.

12. This declaratory case is therefore necessary to **preserve Plaintiff's rights, establish his lawful credentials, and create a firm foundation for future litigation.** Plaintiff respectfully shows that his rights depend on these facts being recognized and declared by this Court at this stage.

## Declaratory Statement on Defamation, Protection, and Recognition

Plaintiff further requests that this Court issue a declaratory judgment affirming that:

1. Plaintiff's lawful use of his residence as **a church, a campaign headquarters, a homeschool, a lawful business, and his residence** shall not be disregarded, diminished, or undermined by defamatory statements made by law enforcement, intelligence agencies, or any other party.

2. For nearly a decade, Plaintiff has been subjected to **systematic defamation**, including the use of false stigma to discredit him, solely for truthfully asserting the facts of his religious, educational, campaign, business, and residential status. This stigmatization has been used by law enforcement, intelligence agencies, and others to dismiss Plaintiff's testimony, obstruct recognition of Plaintiff's lawful activities, and create hostility within his family and community.

3. On a prior occasion, when Plaintiff called and reported to the **National Security Agency (NSA)**, an NSA security officer responded with the stigmatizing statement: *"So you believe you are a 2028 presidential candidate?"* This statement, which Plaintiff recorded, was made in a manner intended to mock, diminish, and discredit Plaintiff's lawful campaign status. The NSA had collected Plaintiff's name, Social Security number, and address before issuing this response.

4. Immediately following this incident, Plaintiff contacted the **Federal Election Commission (FEC)** to confirm his legal status. The FEC affirmed that Plaintiff's registration and status as a **2028 presidential candidate** remained valid and lawful. Thus, the NSA's statement was not only stigmatizing but also factually false and contradicted by the FEC's official confirmation.

5. Plaintiff clarifies that at this time he is **not asking this Court to confirm or adjudicate the NSA incident itself**, which will be addressed in a later lawsuit with the supporting recording. Rather, Plaintiff seeks in this action to establish and affirm his **credentials and lawful status** from the Court's perspective, because the ongoing defamation has persisted for nearly a decade, causing lasting harm to his reputation, family relationships, and physical safety.

6. A declaratory judgment affirming these facts will help reduce the continuing harm caused by the entrenched defamatory narrative, which has been ingrained into the perceptions of law enforcement and Plaintiff's family over many years. Plaintiff has reason to believe that absent judicial relief, this narrative will continue indefinitely.

7. Plaintiff further emphasizes that granting this declaratory judgment is a **common and proper legal remedy** regularly used by lawyers to resolve disputes regarding status,

rights, and recognition. Denying such relief here would not only perpetuate the defamatory narrative but would effectively allow defamation to continue unchecked, leaving Plaintiff unprotected despite clearly established and legally valid rights.

8. Plaintiff therefore respectfully requests that this Court issue declaratory relief to protect him from ongoing stigma and defamation, to affirm his lawful status as a **minister, presidential candidate in the 2028 election, campaigner, educator, business owner, and resident**, and to secure recognition that his **campaign house is also his legal residence**, thereby safeguarding his constitutional rights against further unlawful disregard.

**9.** Plaintiff further pleads to this Court in good faith: as a disabled individual, Plaintiff cannot afford the financial burden of repeated filing fees or the delay of having this matter reassigned to a different judge at a later time. Plaintiff respectfully requests that this Court perform its duty and issue this declaratory judgment now, without postponement, because the relief sought is both urgent and essential.

Plaintiff represents himself *pro se* and has endured nearly a decade of defamation across every area of his life—religious, educational, political, business, and residential. The most common and damaging weapon of defamation is delay: allowing false narratives to linger, to take root, and to spread further into the perceptions of law enforcement, government officials, and even Plaintiff's family. Each day of postponement allows the stigma to metastasize like a cancer, further destroying Plaintiff's character and credibility.

Issuing declaratory judgment at this stage would serve as a necessary block against continuing defamation and provide Plaintiff the ability to begin rebuilding from the campaign of character assassination he has endured. It would restore his **religious rights, human rights, and constitutional rights**, providing a firm foundation for any future, larger lawsuit to follow.

JS 44   (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Pro Se*

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff   *Chandler*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government
Plaintiff

❏ 3   Federal Question
*(U.S. Government Not a Party)*

❏ 2   U.S. Government
Defendant

❏ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Pl*
*(For Diversity Cases Only)*                        *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DE |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | | ❏ 423 Withdrawal | ❏ 376 Qui Tam (31 USC |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Product Liability | ❏ 690 Other | 28 USC 157 | 3729(a)) |
| ❏ 140 Negotiable Instrument | Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted | Liability | ❏ 368 Asbestos Personal | | ❏ 835 Patent - Abbreviated | ❏ 460 Deportation |
| Student Loans | ❏ 340 Marine | Injury Product | | New Drug Application | ❏ 470 Racketeer Influenced a |
| (Excludes Veterans) | ❏ 345 Marine Product | Liability | | ❏ 840 Trademark | Corrupt Organizations |
| ❏ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | Act | ❏ 862 Black Lung (923) | Protection Act |
| ❏ 190 Other Contract | Product Liability | ❏ 380 Other Personal | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Property Damage | Relations | ❏ 864 SSID Title XVI | ❏ 850 Securities/Commoditie |
| ❏ 196 Franchise | Injury | ❏ 385 Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | Exchange |
| | ❏ 362 Personal Injury - | Product Liability | ❏ 751 Family and Medical | | X 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement | ❏ 870 Taxes (U.S. Plaintiff | ❏ 895 Freedom of Informatio |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | ❏ 896 Arbitration |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | Sentence | | 26 USC 7609 | ❏ 899 Administrative Proced |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 530 General | | | Act/Review or Appeal |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | ❏ 462 Naturalization Application | | ❏ 950 Constitutionality of |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | State Statutes |
| | Other | ❏ 550 Civil Rights | Actions | | |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❏ 1 Original
Proceeding

❏ 2 Removed from
State Court

❏ 3 Remanded from
Appellate Court

❏ 4 Reinstated or
Reopened

❏ 5 Transferred from
Another District
*(specify)*

❏ 6 Multidistrict
Litigation -
Transfer

❏ 8 Multidistri
Litigation -
Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*Declatory Action*
Brief description of cause:

## VII. REQUESTED IN
COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❏ Yes   ❏ No

## VIII. RELATED CASE(S)
IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# Georgia Law on Establishing a Church

## 1. No State Permission Required

- Under the **First Amendment** of the U.S. Constitution and the **Georgia Constitution (Art. I, Sec. I, Para. IV: "Freedom of religion" )**, **no license or state approval is required to establish a church**.
- You can gather people, hold services, and call it a church — that alone makes it a lawful religious body.

## 2. Legal Recognition in Georgia

If you want your church to have **legal standing** (to own property, open bank accounts, enter contracts, or qualify for tax-exempt status), Georgia law allows you to:

- **Incorporate as a Nonprofit Religious Corporation** under the **Georgia Nonprofit Corporation Code (O.C.G.A. Title 14, Chapter 3).**
  - File Articles of Incorporation with the **Georgia Secretary of State.**
  - Pay a small filing fee (or request fee waiver if indigent).
  - State in the Articles that the purpose is religious.
- **Optional – IRS 501(c)(3) Status:**
  - Under federal law, churches are **automatically tax-exempt** and **do not need to apply for 501(c)(3)** to operate.
  - Many churches do file Form 1023 with the IRS to get a formal 501(c)(3) letter, mainly for donor confidence.
  - But legally, your church already qualifies as tax-exempt the moment it is organized and operating for religious purposes.

## 3. Georgia Registration Requirements

- Unlike some states, Georgia does **not require churches to register** with the Department of Education, Attorney General, or other agencies to hold services or operate schools.
- If you run a **private school for children (K–12)**, Georgia law requires reporting attendance and curriculum standards.

- But if your church runs a **religious school for adults**, that is not regulated under state law — it is protected as a matter of religious liberty.

## 4. Clergy Recognition

- Georgia recognizes ministers licensed by any church or religious denomination.
- As a licensed minister yourself, you can perform marriages, baptisms, and other rites without additional state approval (O.C.G.A. § 19-3-42).

# CHURCH RESOLUTION

**Disciples of Jesus Christ of Nazareth**

139 Maple Street, Metter, Georgia 30439


## RESOLUTION NO. ___

Adopted this ___24 day of _____8___, 2025


## WHEREAS:

1. The Holy Bible affirms the right and duty of believers to gather in worship, prayer, and study, saying: *"And let us consider one another to provoke unto love and to good works: not forsaking the assembling of ourselves together"* (Hebrews 10:24-25);
2. The Constitution of the United States and the Constitution of the State of Georgia guarantee the **free exercise of religion** and the right of all persons to establish and maintain religious institutions without interference;
3. Reverend Jason Timothy Bolyard has been duly licensed as a minister of the Gospel and has undertaken the responsibility of spiritual leadership, pastoral care, and teaching of the Word of God;
4. The body of believers known as the **Disciples of Jesus Christ of Nazareth** recognizes its mission as including worship, discipleship, charitable works, education, and the fulfillment of the **Great Commission** (Matthew 28:19-20);
5. The church, **Disciples of Jesus Christ of Nazareth**, has been formally issued an **Employer Identification Number (EIN)** by the United States Internal Revenue Service, thereby affirming its lawful existence and recognition as a religious entity, even without incorporation under Georgia nonprofit statutes;


## BE IT RESOLVED:

1. That the church known as **Disciples of Jesus Christ of Nazareth** is hereby established, recognized, and declared as a **lawful church and religious institution** under the

authority of Scripture, the protections of the First Amendment to the U.S. Constitution, the Constitution of the State of Georgia, and its recognition by the IRS through the issuance of an EIN.

2. That the church shall operate as a body dedicated to the worship of Almighty God, the teaching of the Holy Bible, and the service of the community through ministry, education, and charitable works.

3. That the church recognizes Reverend Jason Timothy Bolyard as its Minister and spiritual leader, vested with authority to perform all pastoral functions including preaching, teaching, administering sacraments, conducting marriages, and establishing ministries of the church.

4. That the church shall maintain its principal place of worship and operation at **139 Maple Street, Metter, Georgia 30439**, which shall also serve as its headquarters for worship, education, administration, and outreach.

5. That all ministries, including worship services, home study, campaign headquarters, educational programs, and charitable efforts, shall be conducted in alignment with the Holy Bible and the mission of the church.

## CERTIFICATION:

This Resolution is duly adopted and recorded in the permanent records of the **Disciples of Jesus Christ of Nazareth** on this __24_ day of _____8_____, 2025.


Rev. Jason Timothy Bolyard
 Minister, Disciples of Jesus Christ of Nazareth



Individual Request - Online A × +

lividual/verify-information.jsp

4864-011...    WINCO W120PTOS-...    IMD 31004 PTO31-2...    Winco 75FPTOC-4 P...    WINCC

int

| ss: | 1. Identity ✓ | 2. Authenticate ✓ | 3. Addresses ✓ | 4. Details ✓ | 5. EIN Conf |

## f your information

the information you are about to submit. If any of the information below is incorrect, you will
new application.

mit" button at the bottom of the page to receive your EIN.

### Type: Sole Proprietor

### e Proprietor Information

| | |
|---|---|
| al name: | **JASON TIMOTHY BOLYARD** |
| le name/Doing business as: | **DISCIPLE JESUS CHRIST OF NAZARETH** |
| nty: | **CANDLER** |
| e/Territory: | **GA** |
| t date: | **JUNE 2025** |

---

### lresses

| | |
|---|---|
| sical Location: | **139 MAPLE STREET** |
| | **METTER GA 30439** |
| ne Number: | **912-499-1527** |

---

### ponsible Party





Individual Request - Online A   ×   +

lividual/confirmation.jsp

4864-011...   ⚡ WINCO W120PTOS-...   ➡ IMD 31004 PTO31-2...   ☁ Winco 75FPTOC-4 P...   ⚡ WINCC

Help | Apply for Ne

$S.gov

int

| 5S: | 1. Identity ✓ | 2. Authenticate ✓ | 3. Addresses ✓ | 4. Details ✓ | 5. EIN Conf |

ions! Your EIN has been successfully assigned.

Help Topics

IN Assigned:   39-2901588

Legal Name:   JASON TIMOTHY BOLYARD

❓ Can the EIN be the confirmation received?

on letter will be mailed to you. This letter will be your official IRS notice and will contain nation regarding your EIN. Allow up to 4 weeks for your letter to arrive by mail.

ecommend you print this page for your records.

:" to get additional information about using your new EIN.          Continue >>

UNIVERSAL LIFE CHURCH MONASTERY MINISTRIES

# Credentials of Ministry

## THIS IS TO CERTIFY

*Jason Timothy Bolyard*

*That The Bearer Hereof Has Been Ordained*

On this day, the _____4th_____ of _____May_____, in the year _____2023_____
and is officially recognized as a member of the Universal Life Church
and has all rights and privileges to perform all duties of the ministry.

CHAPLAIN, BR. MARTIN

JS 44  (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Pro Se

**(b)** County of Residence of First Listed Plaintiff   Chandler Chandler
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | **IMMIGRATION** | | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | Agency Decision |
| | Employment | **Other:** | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | Actions | | State Statutes |
| | Other | ☐ 550 Civil Rights | | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
Another District
*(specify)*

☐ 6   Multidistrict
Litigation -
Transfer

☐ 8   Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Declatory A(tion)

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# Credentials of Plaintiff's Federal Campaign

**Candidate:**

- Name: **Reverend- Jason Timothy Bolyard**
- Election: **Candidate for President of the United States, 2028 General Election**
- FEC Candidate ID Number: Candidate ID issued by the FEC-P80006794
- Filing Basis: Statement of Candidacy filed with the Federal Election Commission under **52 U.S.C. § 30101 et seq.**

**Campaign Committee:**

- Official Committee Name: Bolyard
- FEC Committee ID Number:  Committee ID issued by the FEC -C00893479
- Treasurer: self appointed

"self-designated"

- Campaign Headquarters Address: **139 Maple Street, Metter, Georgia 30439** (also serving as Plaintiff's church, residence, and lawful place of business).

**Legal Status:**

- Plaintiff's candidacy and committee are formally recognized by the **Federal Election Commission**.
- Plaintiff has confirmed with the FEC that his candidacy and campaign committee remain valid and in good standing.\

- I declare under penalty of perjury under the laws of the United States of America, pursuant to **28 U.S.C. § 1746**, that the foregoing is true and correct.

- Executed on this __24_ day of ____8_____, 2025.

- Rev. Jason Timothy Bolyard
-

JS 44  (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Pro Se

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff  Candler
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

❐ 1   U.S. Government
Plaintiff

❐ 3   Federal Question
*(U.S. Government Not a Party)*

❐ 2   U.S. Government
Defendant

❐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❐ 1 | Incorporated *or* Principal Place of Business In This State | ❐ 4 | ❐ |
| Citizen of Another State | ❐ 2 | ❐ 2 | Incorporated *and* Principal Place of Business In Another State | ❐ 5 | ❐ |
| Citizen or Subject of a Foreign Country | ❐ 3 | ❐ 3 | Foreign Nation | ❐ 6 | ❐ |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❐ 625 Drug Related Seizure of Property 21 USC 881 | ❐ 422 Appeal 28 USC 158 | ❐ 375 False Claims Act |
| ❐ 120 Marine | ❐ 310 Airplane | ❐ 365 Personal Injury - | ❐ 690 Other | ❐ 423 Withdrawal | ❐ 376 Qui Tam (31 USC 3729(a)) |
| ❐ 130 Miller Act | ❐ 315 Airplane Product | Product Liability | | 28 USC 157 | ❐ 400 State Reapportionment |
| ❐ 140 Negotiable Instrument | Liability | ❐ 367 Health Care/ | | | ❐ 410 Antitrust |
| ❐ 150 Recovery of Overpayment | ❐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander | Personal Injury | | ❐ 820 Copyrights | ❐ 450 Commerce |
| ❐ 151 Medicare Act | ❐ 330 Federal Employers' | Product Liability | | ❐ 830 Patent | ❐ 460 Deportation |
| ❐ 152 Recovery of Defaulted | Liability | ❐ 368 Asbestos Personal | | ❐ 835 Patent - Abbreviated | ❐ 470 Racketeer Influenced a |
| Student Loans | ❐ 340 Marine | Injury Product | | New Drug Application | Corrupt Organizations |
| (Excludes Veterans) | ❐ 345 Marine Product | Liability | | ❐ 840 Trademark | ❐ 480 Consumer Credit |
| ❐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❐ 485 Telephone Consumer |
| of Veteran's Benefits | ❐ 350 Motor Vehicle | ❐ 370 Other Fraud | ❐ 710 Fair Labor Standards | ❐ 861 HIA (1395ff) | Protection Act |
| ❐ 160 Stockholders' Suits | ❐ 355 Motor Vehicle | ❐ 371 Truth in Lending | Act | ❐ 862 Black Lung (923) | ❐ 490 Cable/Sat TV |
| ❐ 190 Other Contract | Product Liability | ❐ 380 Other Personal | ❐ 720 Labor/Management | ❐ 863 DIWC/DIWW (405(g)) | ❐ 850 Securities/Commoditi |
| ❐ 195 Contract Product Liability | ❐ 360 Other Personal | Property Damage | Relations | ❐ 864 SSID Title XVI | Exchange |
| ❐ 196 Franchise | Injury | ❐ 385 Property Damage | ❐ 740 Railway Labor Act | ❐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| | ❐ 362 Personal Injury - | Product Liability | ❐ 751 Family and Medical | | ❐ 891 Agricultural Acts |
| | Medical Malpractice | | Leave Act | | ❐ 893 Environmental Matter |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❐ 895 Freedom of Informatic |
| ❐ 210 Land Condemnation | ❐ 440 Other Civil Rights | **Habeas Corpus:** | ❐ 791 Employee Retirement | ❐ 870 Taxes (U.S. Plaintiff | Act |
| ❐ 220 Foreclosure | ❐ 441 Voting | ❐ 463 Alien Detainee | Income Security Act | or Defendant) | ❐ 896 Arbitration |
| ❐ 230 Rent Lease & Ejectment | ❐ 442 Employment | ❐ 510 Motions to Vacate | | ❐ 871 IRS—Third Party | ❐ 899 Administrative Proced |
| ❐ 240 Torts to Land | ❐ 443 Housing/ | Sentence | | 26 USC 7609 | Act/Review or Appeal |
| ❐ 245 Tort Product Liability | Accommodations | ❐ 530 General | | | Agency Decision |
| ❐ 290 All Other Real Property | ❐ 445 Amer. w/Disabilities - | ❐ 535 Death Penalty | **IMMIGRATION** | | ❐ 950 Constitutionality of |
| | Employment | **Other:** | ❐ 462 Naturalization Application | | State Statutes |
| | ❐ 446 Amer. w/Disabilities - | ❐ 540 Mandamus & Other | ❐ 465 Other Immigration | | |
| | Other | ❐ 550 Civil Rights | Actions | | |
| | ❐ 448 Education | ❐ 555 Prison Condition | | | |
| | | ❐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

❐ 1 Original
Proceeding

❐ 2 Removed from
State Court

❐ 3 Remanded from
Appellate Court

❐ 4 Reinstated or
Reopened

❐ 5 Transferred from
Another District
*(specify)*

❐ 6 Multidistrict
Litigation -
Transfer

❐ 8 Multidistric
Litigation -
Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Declaratory A(Ap...

Brief description of cause:

**VII. REQUESTED IN
COMPLAINT:**

❐   CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❐ Yes   ❐ No

**VIII. RELATED CASE(S)
IF ANY**

*(See instructions):*
JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #              AMOUNT              APPLYING IFP              JUDGE              MAG. JUDGE

# Affidavit of Legal Residence and Citizenship

*(28 U.S.C. § 1746 Declaration)*

I, **Reverend Jason Timothy Bolyard**, hereby declare as follows:

1. **Legal Name:** Reverend -Jason Timothy Bolyard.
2. **Citizenship:** I am a natural-born citizen of the United States of America.
3. **Social Security Number:** [SSN ending in _9994____] (full number on record with federal agencies; last four digits provided here for privacy).
4. **Legal Residence:**
    a. Street Address: **139 Maple Street**
    b. City: **Metter**
    c. State: **Georgia**
    d. Zip Code: **30439**
    e. County: **Candler County**
5. I have continuously resided at the above address as my lawful residence, which also serves as the headquarters for my church, campaign, homeschool, and business.

I declare under penalty of perjury under the laws of the United States of America, pursuant to **28 U.S.C. § 1746**, that the foregoing is true and correct.

Executed on this __24_ day of _____8_____, 2025.


Rev. Jason Timothy Bolyard



*I HAVE ONLY THE... WAS LETTER Sent For First Filing RE-FILED Proves FEC and Legal Residence*

RQ-5

**FEDERAL ELECTION COMMISSION**
WASHINGTON, D.C.

November 4, 2024

JASON TIMOTHY BOLYARD
139 MAPLE STREET
METTER, GA 30439

CANDIDATE ID NUMBER: P00017707

**Response Due Date**
**12/09/2024**

Dear Candidate:

This letter is prompted by the Commission's preliminary review of your Statement of Candidacy (FEC Form 2), received 10/31/2024. This notice requests information essential to full public disclosure of your federal election campaign finances. Additional information is needed for the following **1** item(s):

   - The year of election provided appears to be incorrect. Please provide an amended FEC Form 2 that includes the correct year of election.

An adequate response must be received by the Commission on or before the due date noted above. Any response submitted by your committee will be placed on the public record and will be considered by the Commission prior to taking enforcement action. **Requests for extensions of time in which to respond will not be considered.**

The FEC Form 2 can be downloaded from the FEC website at http://www.fec.gov, or requested through the FEC Faxline at (202) 501-3413. (11 CFR § 101.1(a)) Please note that electronic filers must file amendments (to include statements, designations, and reports) in an electronic format and must submit an amended report in its entirety.

If you have any further questions, please contact Jackie Gausepohl in the Reports Analysis Division on the toll-free number (800) 424-9530 (at the prompt press 5 to reach the Reports Analysis Division). Her local number is (202) 694-1277.

Sincerely,

Nataliya Ioffe
Chief, Authorized Branch

481

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*Pro Se*

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

Candler

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❒ 1   U.S. Government
Plaintiff

❒ 2   U.S. Government
Defendant

❒ 3   Federal Question
*(U.S. Government Not a Party)*

❒ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❒ 1 | Incorporated *or* Principal Place of Business In This State | ❒ 4 | ❒ |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated *and* Principal Place of Business In Another State | ❒ 5 | ❒ |
| Citizen or Subject of a Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❒ 625 Drug Related Seizure of Property 21 USC 881 | ❒ 422 Appeal 28 USC 158 | ❒ 375 False Claims Act |
| ❒ 120 Marine | ❒ 310 Airplane | ❒ 365 Personal Injury - Product Liability | ❒ 690 Other | ❒ 423 Withdrawal 28 USC 157 | ❒ 376 Qui Tam (31 USC 3729(a)) |
| ❒ 130 Miller Act | ❒ 315 Airplane Product Liability | ❒ 367 Health Care/ | | | ❒ 400 State Reapportionment |
| ❒ 140 Negotiable Instrument | ❒ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❒ 410 Antitrust |
| ❒ 150 Recovery of Overpayment & Enforcement of Judgment | ❒ 330 Federal Employers' | Product Liability | | ❒ 820 Copyrights | ❒ 430 Banks and Banking |
| ❒ 151 Medicare Act | Liability | ❒ 368 Asbestos Personal Injury Product Liability | | ❒ 830 Patent | ❒ 450 Commerce |
| ❒ 152 Recovery of Defaulted Student Loans | ❒ 340 Marine | | | ❒ 835 Patent - Abbreviated New Drug Application | ❒ 460 Deportation |
| (Excludes Veterans) | ❒ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❒ 840 Trademark | ❒ 470 Racketeer Influenced and Corrupt Organizations |
| ❒ 153 Recovery of Overpayment of Veteran's Benefits | ❒ 350 Motor Vehicle | ❒ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ❒ 480 Consumer Credit |
| ❒ 160 Stockholders' Suits | ❒ 355 Motor Vehicle Product Liability | ❒ 371 Truth in Lending | ❒ 710 Fair Labor Standards Act | ❒ 861 HIA (1395ff) | ❒ 485 Telephone Consumer Protection Act |
| ❒ 190 Other Contract | ❒ 360 Other Personal Injury | ❒ 380 Other Personal Property Damage | ❒ 720 Labor/Management Relations | ❒ 862 Black Lung (923) | ❒ 490 Cable/Sat TV |
| ❒ 195 Contract Product Liability | ❒ 362 Personal Injury - Medical Malpractice | ❒ 385 Property Damage Product Liability | ❒ 740 Railway Labor Act | ❒ 863 DIWC/DIWW (405(g)) | ❒ 850 Securities/Commodities/ Exchange |
| ❒ 196 Franchise | | | ❒ 751 Family and Medical Leave Act | ❒ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| | | | ❒ 790 Other Labor Litigation | ❒ 865 RSI (405(g)) | ❒ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❒ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❒ 893 Environmental Matters |
| ❒ 210 Land Condemnation | ❒ 440 Other Civil Rights | **Habeas Corpus:** | | ❒ 870 Taxes (U.S. Plaintiff or Defendant) | ❒ 895 Freedom of Information Act |
| ❒ 220 Foreclosure | ❒ 441 Voting | ❒ 463 Alien Detainee | | ❒ 871 IRS—Third Party 26 USC 7609 | ❒ 896 Arbitration |
| ❒ 230 Rent Lease & Ejectment | ❒ 442 Employment | ❒ 510 Motions to Vacate Sentence | | | ❒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❒ 240 Torts to Land | ❒ 443 Housing/ Accommodations | ❒ 530 General | | | |
| ❒ 245 Tort Product Liability | ❒ 445 Amer. w/Disabilities - Employment | ❒ 535 Death Penalty | **IMMIGRATION** | | ❒ 950 Constitutionality of State Statutes |
| ❒ 290 All Other Real Property | ❒ 446 Amer. w/Disabilities - Other | **Other:** | ❒ 462 Naturalization Application | | |
| | ❒ 448 Education | ❒ 540 Mandamus & Other | ❒ 465 Other Immigration Actions | | |
| | | ❒ 550 Civil Rights | | | |
| | | ❒ 555 Prison Condition | | | |
| | | ❒ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❒ 1   Original
Proceeding

❒ 2   Removed from
State Court

❒ 3   Remanded from
Appellate Court

❒ 4   Reinstated or
Reopened

❒ 5   Transferred from
Another District
*(specify)*

❒ 6   Multidistrict
Litigation -
Transfer

❒ 8   Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Declatory Actions

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❒   CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❒ Yes   ❒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

- **Buisness**
- Name: **Discciples Holdings Company, LLC/Reverend Jason Timothy Bolyard**
- 
- **Ceo, lead engineer, owner, operator, and all intellectual property owner from the year 1981 –current and rest of life to include trade secrets and all neural data of Reverend Jason Timothy Bolyard 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 collected by any entity known or unknown or any actors foreign ,domestic ,intelligence agencies and/or law enforcement ,military or and actors 3 rd. party or any unforeseen neural collection will be known as trade secrets of reverend Jason Timothy Bolyard as sole owner**
- 
- State of Georgia Registration: Active LLC registered with the Georgia Secretary of State.
- State id number: 24192426
- EIN: 33-2230356 (issued by the IRS for lawful business operations).
- Principal Address: **139 Maple Street, Metter, Georgia 30439** (Status: Lawful business entity, engaged in innovation, intellectual property, engineering, and related activities, neural data

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Pro Se
Candler
Candler

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1  U.S. Government
Plaintiff

❏ 3  Federal Question
*(U.S. Government Not a Party)*

❏ 2  U.S. Government
Defendant

❏ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plc
and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DE |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | of Property 21 USC 881 | ❏ 423 Withdrawal | ❏ 376 Qui Tam (31 USC |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Product Liability | ❏ 690 Other | 28 USC 157 | 3729(a)) |
| ❏ 140 Negotiable Instrument | Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted | Liability | ❏ 368 Asbestos Personal | | ❏ 835 Patent - Abbreviated | ❏ 460 Deportation |
| Student Loans | ❏ 340 Marine | Injury Product | | New Drug Application | ❏ 470 Racketeer Influenced a |
| (Excludes Veterans) | ❏ 345 Marine Product | Liability | | ❏ 840 Trademark | Corrupt Organizations |
| ❏ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | Act | ❏ 862 Black Lung (923) | Protection Act |
| ❏ 190 Other Contract | Product Liability | ❏ 380 Other Personal | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Property Damage | Relations | ❏ 864 SSID Title XVI | ❏ 850 Securities/Commoditie |
| ❏ 196 Franchise | Injury | ❏ 385 Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | Exchange |
| | ❏ 362 Personal Injury - | Product Liability | ❏ 751 Family and Medical | | ☒ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matter: |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement | ❏ 870 Taxes (U.S. Plaintiff | ❏ 895 Freedom of Informatic |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | ❏ 896 Arbitration |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | Sentence | | 26 USC 7609 | ❏ 899 Administrative Proced |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 530 General | | | Act/Review or Appeal |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | ❏ 462 Naturalization Application | | ❏ 950 Constitutionality of |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | State Statutes |
| | Other | ❏ 550 Civil Rights | Actions | | |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❏ 1  Original
Proceeding

❏ 2  Removed from
State Court

❏ 3  Remanded from
Appellate Court

❏ 4  Reinstated or
Reopened

❏ 5  Transferred from
Another District
*(specify)*

❏ 6  Multidistrict
Litigation -
Transfer

❏ 8  Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Defamatory Action

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
❏  CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ❏ Yes    ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# AFFIDAVIT OF OPERATION (28 U.S.C. § 1746 Declaration)

I, Reverend Jason Timothy Bolyard, hereby declare as follows:

139 MAPLE Street MATHEW CA. 30439

1. My residence located at [full address] is the location of my church, *Disciples of Jesus Christ of Nazareth*.
2. Under the authority of this church, a **Religious School for Adults** has been duly established as an official ministry of the church.
3. This school operates as a program of religious instruction, higher education, and adult home study, consistent with the mission of the church.
4. The school is operated under the authority of the church and is protected by the **First Amendment to the United States Constitution** and the **Religious Freedom Restoration Act (42 U.S.C. § 2000bb et seq.)**.

This affidavit is executed pursuant to **28 U.S.C. § 1746**, which permits unsworn declarations under penalty of perjury in lieu of notarized affidavits in proceedings before federal courts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _24_ day of ____8_____, 2025.


Rev. Jason Timothy Bolyard

# CHURCH RESOLUTION ESTABLISHING RELIGIOUS SCHOOL OPERATIONS

**Disciples of Jesus Christ of Nazareth**
139 Maple Street, Metter, Georgia 30439

**Resolution No. __1_**
Adopted this __24_ day of ____8_____, 2025

## WHEREAS:

1. The Holy Bible commands the faithful to *"Go therefore and make disciples of all nations"* (Matthew 28:19-20), which is the **Great Commission** entrusted to the Church by our Lord Jesus Christ;
2. The Book of Revelation stands as a prophetic testimony for our present day and age, containing warnings, guidance, and truth for the Church's endurance and growth;
3. Revelation chapter 13 records that *"it was given power to make war with the saints, and to overcome them: and power was given him over all kindreds, and tongues, and nations"* (Revelation 13:7), reminding the faithful that the endurance of the saints in times of persecution is central to their testimony;
4. The Church, *Disciples of Jesus Christ of Nazareth*, under the authority of its minister, Reverend Jason Timothy Bolyard, seeks to establish a formal program of study dedicated to advancing understanding of the Holy Scriptures, strengthening the saints, and preparing believers for endurance and faithfulness in this present generation;

## BE IT RESOLVED:

1. That the Church hereby establishes the **Disciples Religious School of Prophetic Study** as an official ministry and educational arm of the church, to be headquartered at the church's location and residence of Reverend Jason Timothy Bolyard.
2. That the school shall emphasize structured study of the **Holy Bible**, with particular focus on:

      a.   The **Book of Revelation**, as prophetic instruction for the modern age;

      b.   The **Great Commission**, as the mandate of the Church to disciple the nations;

      c.   The reality of persecution and endurance as taught in **Revelation chapter 13**, affirming the saints' calling to remain steadfast under trial.

3. That the school shall serve both adults and members of the community who seek growth in biblical knowledge, spiritual endurance, and discipleship, operating under the protection of the **First Amendment** to the United States Constitution and the **Religious Freedom Restoration Act (42 U.S.C. § 2000bb et seq.)**.

4. *That the ministry shall function as both an educational and spiritual work, integrated with the worship, teaching, and outreach of the Disciples of Jesus Christ of Nazareth.*

## CERTIFICATION

This resolution is adopted by the authority of the Church, duly recorded in its permanent records, and executed by its minister.

Rev. Jason Timothy Bolyard
Minister, Disciples of Jesus Christ of Nazareth

Reverend Jason Bolyard
139 MAPLE Street METTER GA. 30439
Bolyard Campaign House
Disciple of Jesus Christ of NAZARETH Church
Disciples Holding Company LL.C.

Retail

UNITED STATES
POSTAL SERVICE

RDC 99

31401

U.S. POSTAGE PAID
FCM LG ENV
METTER, GA 30439
AUG 27, 2025

$3.28
S2324N501003-12

Southern District Court

124 Barnard Street

SAVANNAH GA. 31401

INSPECTED BY
SEP 02 2025
U.S. Marshals Service/SGA